UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Errol R. Allord**　　　　　　　　　　　　　　**Docket No. 2:16-MJ-1071-1BO**

### Petition for Action on Probation

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Errol R. Allord, who, upon an earlier plea of guilty to Under the Influence of Alcohol to a Degree that Endangers Self/Others/Property, in violation of 36 C.F.R. § 2.35(c), and Improper Disposal of Refuse/Litter (1 can of Mikes Harder Lemonade), in violation of 36 C.F.R. § 2.14(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 22, 2016, to 6 months probation under the conditions adopted by the court.

On July 22, 2016, the Western District of North Carolina accepted courtesy supervision of the defendant's case.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 12, 2016, the Western District of North Carolina informed our office that a urine specimen collected from Allord on August 4, 2016, tested positive for marijuana. The defendant admitted to using marijuana and opiates on August 1, 2016. As noted, the urinalysis did not confirm the presence of opiates. Additionally, on August 4, 2016, Allord was administered an alcohol test which revealed a blood alcohol content of 0.11. Although the defendant agreed to participate in substance abuse treatment to address his drug use and is court ordered to do so, it is respectfully recommended that his probation be modified to include mental health treatment in light of his history of mental health issues and previous placement on psychotic medications. Allord signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall submit to a mental health evaluation/treatment program under the guidance and supervision of the U.S. Probation Officer. The defendant shall remain in treatment and maintain any prescribed medications until satisfactorily discharged by the program and/or with the approval of the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield　　　　　　　　　　/s/ Lakesha H. Wright
Dwayne K. Benfield　　　　　　　　　　　Lakesha H. Wright
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　306 East Main Street, Room 306
　　　　　　　　　　　　　　　　　　　Elizabeth City, NC 27909
　　　　　　　　　　　　　　　　　　　Phone: 252-335-5508
　　　　　　　　　　　　　　　　　　　Executed On: August 29, 2016

## ORDER OF THE COURT

Considered and ordered this _____1_____ day of _____Sept_____, 2016, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_

Terrence W. Boyle
U.S. District Judge